# Kinsella *v.* Allegheny Loan & Trust Company, Appellant.

Argued April 28, 1908. Appeal, No. 133, April T., 1908, by defendant, from judgment of C. P. No. 1, Allegheny Co., March T., 1905, No. 932, on verdict for plaintiff in case of Mary Kinsella v. The Allegheny Loan & Trust Company and H. Thomas. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

PER CURIAM, May 14, 1908:

This case is ruled by our decision in the case of Mary Patton against the same defendants, post, p. 296.

The assignments of error are dismissed and the judgment is affirmed.